UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

FILED
CLERK, U.S. DISTRICT COURT
SEP 8, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

China Cook,

        Plaintiff,

    v.

Midland Funding LLC,

        Defendant.

EDCV 15-2460-VAP (KKx)

**Order Dismissing For Failure to Serve**

    On December 2, 2015, Plaintiff filed her Complaint. (Doc. No. 1.) On August 15, 2016, the Court issued an Order to Show Cause for Failure to Serve, noting Plaintiff had not filed a proof of service indicating Defendant had been served, and ordering Plaintiff to show, no later than August 29, 2016, why this action should not be dismissed without prejudice for failure to serve. (Doc. No. 10.)

    To date, Plaintiff has neither replied to the Order to Show Cause for Failure to Serve nor filed a proof of service indicating Defendant has been served. Accordingly, the Court DISMISSES this case without prejudice for failure to serve.

**IT IS SO ORDERED.**

Dated:   9/8/16

                                                Virginia A. Phillips
                                              Chief United States District Judge